UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:17 CR 156 |
| Plaintiff | ) ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| MICHAEL LOMBARDI, | ) ) | |
| Defendant | ) | **ORDER** |

    This matter was before the court on May 15, 2024, for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Michael Lombardi was present and represented by Assistant Federal Public Defender Ashlynn Rotta. The United States was represented by Assistant United States Attorney Stephanie Wojtasik. The Pretrial Services and Probation Office was represented by Candice Bryant. The court reporter was George Staiduhar. The Defendant admitted to supervised release violation as set forth on the record at a previous hearing on April 22, 2024 before Magistrate Judge Grimes, who issued a Report and Recommendation. The court adopts the Report and Recommendation of the Magistrate Judge and finds Defendant in violation of the terms of his supervised release as stated on the open record.

    IT IS ORDERED that Defendant's supervised release is revoked. Defendant is sentenced to time served in custody. Defendant's supervised release shall continue with the

1

same terms and conditions as previously imposed, with the added condition that Defendant be placed in inpatient treatment for up to 120 days. Defendant is remanded to the custody of the U.S. Marshal until space becomes available at Oriana House. Defendant was advised of his right to appeal.

    IT IS SO ORDERED.

                                      /s/*SOLOMON OLIVER, JR.*
                                      UNITED STATES DISTRICT JUDGE

May 22, 2024