UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:17 CR 156 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| MICHAEL LOMBARDI, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

  This matter was before the court on March 11, 2025 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Michael Lombardi was present and represented by Assistant Federal Public Defender Alvaro DeCola. The United States was represented by Assistant United States Attorney Kevin Bringman. The Pretrial Services and Probation Office was represented by Candice Bryant. The court reporter was Sue Trischan. Defendant admitted to the supervised release violation at the February 28, 2025 hearing before Magistrate Judge Knapp, who issued a report and recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge as stated on the open record and finds Mr. Lombardi in violation of the terms of his supervised release.

  IT IS ORDERED that Defendant's term of supervised release is revoked. Defendant is sentenced to 6 months custody of the Bureau of Prisons. Defendant shall receive credit for time

served from February 26, 2025. No term of supervised release shall follow. Defendant was advised of his right to appeal.

      IT IS SO ORDERED.

                                        /s/*SOLOMON OLIVER, JR.*
                                        UNITED STATES DISTRICT JUDGE

March 11, 2025